IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:18-cv-01032-RBJ

JACQUELINE KREMLACEK,

    Plaintiff

v.

PROGRESSIVE DIRECT INSURANCE COMPANY,

    Defendant

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, having reviewed the parties' Stipulated Motion to Dismiss All Claims by Plaintiff Against Defendant with Prejudice [ECF No. 25], and being advised, HEREBY ORDERS that all claims brought or which could have been brought in this action by Plaintiff against Defendant are hereby dismissed WITH PREJUDICE, each party to pay his, her or its own fees and costs.

DATED this 24th day of September, 2018.

BY THE COURT:

_____

Magistrate Judge

1